**JacksonLewis**

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4045 Direct
Adam.Gross@jacksonlewis.com

September 15, 2026

**VIA ECF**

Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Waite v. P.C. Richard & Son Long Island Corporation, Case No. 1:26-cv-03591**

Dear Judge Koeltl:

We represent P.C. Richard & Son Long Island Corporation ("Defendant") in the above-captioned matter. This letter is submitted jointly with counsel for Plaintiff in response to the Court's September 15, 2026 Order, which directed the parties to appear for a telephone conference regarding Defendant's anticipated motion to dismiss on Monday, September 21, 2026. The Parties respectfully request that the Court adjourn the conference to Tuesday, September 22, 2026, or to such other date as may be convenient for the Court, as undersigned counsel will be observing a religious holiday on September 21, 2026.

We thank Your Honor for the Court's consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.
*/s/Adam S. Gross*
Adam S. Gross

Cc: All counsel of record

4918-4792-3152, v. 1

Telephone Conference adjourned to 9/22/26 at 11:00 a.m.
So ordered.
John G. Koeltl
U.S.D.J.
9/16/26.