UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORDELIA WAITE,

Plaintiff,

- against -

P.C. RICHARD & SON LONG ISLAND CORPORATION,

Defendant.

26-cv-3591 (JGK)

Order

**John G. Koeltl, District Judge:**

The plaintiff may file an amended complaint by **October 5, 2026.** The defendant may file a motion to dismiss by **November 6, 2026.** The plaintiff may respond by **November 30, 2026.** The defendant may respond by **December 14, 2026.**

SO ORDERED.

Dated: New York, New York
September 22, 2026

John G. Koeltl
United States District Judge